DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARYEH COHEN,**
Appellant,

v.

**MOZART CAFÉ BRACHA, LLC** d/b/a **MOZART CAFÉ,**
Appellee.

No. 4D22-304

[May 25, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. CACE17-001407.

Michael A. Levin of Law Offices of Michael A. Levin, Weston, and Andrew M. Kassier of Andrew M. Kassier, P.A., Coral Gables, for appellant.

Jessica C. Conner of Dean, Ringers, Morgan & Lawton, Orlando, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and KUNTZ, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***